IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:07CR68 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RENE VILLAREAL, | ) | |
| Defendant. | ) | |

   Defendant Rene Villareal appeared before the court on April 14, 2009, on a Summons for a Petition for Offender under Supervision [32]. The defendant was represented by Assistant Federal Public Defender Jessica Douglas , and the United States was represented by Assistant U.S. Attorney Michael Wellman. The defendant admits allegation 1; the government's motion to withdraw allegation 2 is granted. Government's motion for detention is granted.

   IT IS ORDERED:

   1.  The Office of the Federal Public Defender is appointed to represent this defendant in this matter.

   2.  The final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on May 27, 2009.**  Defendant must be present in person.

   3.  Defendant is remanded to the custody of the United States marshal.

   Dated this 17th day of April, 2009.

                              BY THE COURT:


                              s/ Joseph F. Bataillon
                              United States District Judge